RECEIVED WD/AR JUL 29 2010 U.S. CLERK'S OFFICE

complaint
10-3072

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear Fayetteville Federal District Court,

My name is David Stebbins, and I would like to file a complaint with the federal court. The defendant in this case has the below name, address, and telephone number.

> Full Sail University
> 3300 University Blvd
> Winter Park, FL 39792
> 1-800-226-7625

I allege that Full Sail University has discriminated against me in violation of Title III of the Americans with Disabilities Act, as well as Section 504 of the Rehabilitation Act. These titles mandate "reasonable modifications in policies," which Full Sail failed to provide.

I have Asperger Syndrome, which makes me tactless and prone to anger outbursts. The best reasonable modification in policies that they can give me is to be patient with what I say. Full Sail refused to do that. On the date of July 27, 2010, they consistently hung up on me for being "rude." Eventually, it got to the point where they would not even allow me to say a single sentence; as soon as they recognized my voice, they would *then* hang up, despite me *attempting* to talk in a normal voice.

Along with an injunction to discontinue their intolerance of my Aspergers, I would like a preliminary injunction to officially list me as "enrolled, full time," while this lawsuit is pending. The reason I want this is because, without that, I will exhaust my six month grace period, forcing me to start repaying my student loans, despite me having no financial means of doing so.

Furthermore, if you look on my docket, I am also suing the University of Arkansas, as well as Mid States Promotions, for a loss of reputation worth $306,000,000.00. Per the doctrine of concurrent causation, I would like to include Full Sail as being jointly liable for those damages.

Thank you, and please respond promptly.

Sincerely,
David Stebbins
*David A. Stebbins*