IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                      PLAINTIFF
v.                      Civil No. 10- 3072

FULL SAIL UNIVERSITY                                DEFENDANT

**ORDER**

David A. Stebbins, a resident of Harrison, Arkansas, submitted this *pro se* action for filing. The Clerk is directed to file the complaint and application to proceed *in forma pauperis* (IFP).

Plaintiff contends Full Sail University has violated the provisions of Title III of the Americans with Disabilities Act as well as section 504 of the Rehabilitation Act. He maintains Full Sail University failed to make reasonable modifications in it's policies despite the fact that he has Asperger Syndrome. Specifically, on July 27, 2010, he maintains personnel at the University consistently refused to speak to him because of his disability which makes him tactless and prone to anger outbursts.

Full Sail University is located in Winter Park, Florida. Winter Park is in Orange County. Orange County in turn is located within the Orlando Division of the Middle District of Florida. The Court finds the interests of justice would be best served by transferring this case to the United States District Court for the Middle District of Florida, Orlando Division, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801-0120. Venue would be proper there as

the Defendant is located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Orlando Division of the Middle District of Florida..

The matter of service and the application to proceed IFP will be determined at a later date.

IT IS SO ORDERED this 4 day of August 2010.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*