U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 10 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David Stebbins
407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear Fayetteville Federal District Court,

 My name is David Stebbins, and I am writing in regards to Case #10-3072. I have just received word that my case has been transferred to the Middle District of Florida, when it should have stayed here in the Western District of Arkansas.

 My case qualifies to be in the Western District of Arkansas because of minimum contacts. It is a matter of the Zippo Test: The amount of economic activity that is conducted over the Internet is directly proportional to the likelihood that the defendants establish minimum contacts. Well, to that end, I signed a contract agreeing to go to their online college and pay $54,000 in tuition, plus purchase a $2,510 laptop computer. How's that for "substantial economic activity?" A total of $56,510 worth of economic activity was conducted over the Internet.

 The contract did not specify any choice of law clause, so, therefore, the personal jurisdiction should be decided based on the common law doctrine of minimum contacts, using the case law of the Zippo Test, since this is an Internet-based tort.

 Your Honor, please re-open my case against Full Sail University.

Thank you.
Sincerely,
David Stebbins

1407 N Spring Rd-
APT # 5
Harrison, AR 72601
David A. Stebbins

72701+5353

Fayetteville Federal District Court,
35 E. Mountain St., Room 510
Fayetteville, AR 72701



U.S. POSTAGE
$0.44
72601
Date of sale
02/27/10
02    1P00
0924 1749
APC