```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

DAVID A. STEBBINS                                              PLAINTIFF

vs.                          CASE NO. 10-3072

FULL SAIL UNIVERSITY                                           DEFENDANT

                              ORDER

   Now on this 23rd day of August, 2010, the above referenced matter comes on for this Court's consideration of plaintiff's motion to reopen (document #4).  The Court finds that because this case was transferred immediately and electronically to the Middle District of Florida, Orlando Division, this Court no longer has jurisdiction over this matter.  *See* Midwest Motor Exp., Inc. v. Central States Southeast, 70 F.3d 1014, 1016 (8th Cir. 1995).  The instant motion should be, and hereby is **DENIED AS MOOT**.  The plaintiff may file any motion to reconsider transfer with the Middle District of Florida, Orlando Division.

   IT IS SO ORDERED.


                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE

1